IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              Case No. 1:05CR10023-001

JOSE DOMINGO NAVARETTE                                      DEFENDANT

## AMENDED ORDER

The Court hereby finds Defendant's date for self surrender should be and hereby is

extended to June 2, 2006 due to extenuating circumstances.  Defendant shall surrender for

service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on June 2,

2006.

IT IS SO ORDERED, this 31st day of May, 2006.

_____/s/ Harry F. Barnes_____
Hon. Harry F. Barnes
U.S. District Court